UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

LEON JACKSON JR
PATRICE R JACKSON

CASE NO. 05-72859-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtors

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| LEON JACKSON JR<br>PATRICE R JACKSON<br>8418 GREENVIEW<br>DETROIT, MI 48228-0000<br>SSN: XXX-XX-9129 or XXX-XX-3977 | N/A | N/A | DEBTOR REFUND | 1023688 | 1/18/08 | $ 583.82 |

DATED: February 20, 2008

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

LEON JACKSON JR
PATRICE R JACKSON

CASE NO. 05-72859-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtors
_____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

Attorney Information:

LAW OFFICES OF MARK W CHESSMAN
25225 GRATIOT AVE
ROSEVILLE, MI 48066

Last Known Address for Debtors:

LEON JACKSON JR
PATRICE R JACKSON
8418 GREENVIEW
DETROIT, MI 48228

DATED: February 20, 2008

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930          8863201
DETROIT, MICHIGAN 48231-1930

00000 017414 1023688
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

## OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Check No: 1023688
Date: 01/18/2008
Payee: CLERK OF US BANKRUPTCY COURT

| ID | Name | Claim/Type | | Balance | | | |
|---|---|---|---|---|---|---|---|
| 0151894 | VIOLA ROBINSON  ACCT: 13242017 | CLAIM: 00028 TYPE: T | Balance: | 56.17 | 0.00 | 0.00 | 56.17 |
| 0261167 | TONIA GIBBS  ACCT: | CLAIM: 00012 TYPE: D | Balance: | 306.92 | 0.00 | 0.00 | 306.92 |
| 0465773 | MONIQUE LOUISE MARIE LAREAU  ACCT: 2527007-0011-2 | CLAIM: 00031 TYPE: T | Balance: | 20.74 | 0.00 | 0.33 | 21.07 |
| 0470950 | GERALD DANES  ACCT: | CLAIM: 00005 TYPE: D | Balance: | 247.85 | 0.00 | 0.00 | 247.85 |
| 0572859 | LEON JACKSON JR & PATRICE R JACKSON  ACCT: | CLAIM: 00006 TYPE: D | Balance: | 583.82 | 0.00 | 0.00 | 583.82 |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT
P.O. BOX 31-1930
Detroit, MI 48231-1930
(313)967-9857 FAX

64-79 / 611    CHECK NO. 1023688
SunTrust Bank
DATE Jan 18, 2008
AMOUNT ******1,215.83

FOR   PRIN: 1,215.50   INT: 0.33

PAY  **1,215.83**
One Thousand Two Hundred Fifteen And 83 / 100 Dollars

TO THE ORDER OF
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

THIS IS A POSITIVE PAY ACCOUNT
TRUST ACCOUNT
VOID OVER $1,215.83
VOID 90 DAYS AFTER DATE

Tammy L. Terry
Chapter 13 Trustee

⑈1023688⑈ ⑆061100790⑆ 0000005751516⑈